# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern
AUG 26 2025
FILED
Clerk of Court

(Full name of plaintiff(s))

RAJKO MARKOVIC #262012

v.

(Full name of defendant(s))

DR. CHEN, JANG-JUNE

MILWAUKEE SECURE DETENTION Facility

Case Number:

25C1286

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__, and is located at
   (State)
   1015 N 10TH STREET
   PO BOX 05740
   MILWAUKEE WI 53233  MILWAUKEE SECURE DETENTION Facility
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __DOCTOR CHEN, JANG-JUNE__
   (Name)

is (if a person or private corporation) a citizen of __WISCONSIN__

Complaint – 1

and (if a person) resides at __WISCONSIN__ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for __DEPARTMENT OF CORRECTIONS WISCONSIN MILWAUKEE SECURE DETENTION Facility__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

COUNT 1 8TH AMENDMENT DELIBERATE INDIFFRENCES JOINER WITH COUNT 1 STATE LAW MAIPRACTICE MEDICAL

COUNT 2 4TH, 5TH 14TH AMENDMENTS LIFE LEBERTY DUE PROSSESS

COUNT 3 GROSS NEGIEGENCE STATE LAW

COUNT 4 FAICIFING MEDICAL DIAGNOSSIS

COUNT 5 DISCOVERY FRAUD

Complaint – 2

Complaint-3

THE PLAINTIFF RAJKO MARKOVIC #262012 IS A INMATE AT MILWAUKEE SECURE DETENTION FACILITY IN MILWAUKEE WISCONSIN. ON 12-7-23 PLAINTIFF WROTE TO PSYCHIATRIC DOCTOR CHEN, JANG-JUNE, BY INSTITUTION MAIL, ON A HEALTH REQUEST SLIP ASKING FOR A MEAL SNACK BAG FOR PLAINTIFF'S STOMACH ISSUES OF PAIN FROM THE PSYCHIATRIC PILLS PLAINTIFF WAS ON. DR CHEN RESPONDED ON THE SAME REQUEST SLIP ON 12-13-23 STATING "GEODON + SNACK ORDERED" DR CHEN SIGNED THE HEALTH REQUEST SLIP AND SENT IT BACK TO PLAINTIFF IN THE INSTITUTION MAIL. GEODON IS IN FACT A ATYPICAL ANTIPSYCHOTICS, NOT A STOMACH PILL. DR CHEN ALSO SIGNED THE PROGRESS NOTES FOR THE ORDER. DR CHEN DID ALL THIS, ACTING WITH A SUFFICINTLY CULPABLE STATE OF MIND. DR CHEN NEVER EXAMINED THE PLAINTIFF ALL CIRCUMSTACES BEFORE DECIDING ON A PARTICULAR DIAGNOSIS OR FOR TREATMENT. DR CHEN DID ALL THIS WITHOUT SEEING THE PLAINTIFF AND TO BYPASS DOC REGULATIONS ON ORDERING A SNACK BAG. DR CHEN HAD TO PRESCRIBE THE PILL GEODON TO DO SO, BECAUSE GEODON THE PILL REQUIRES A SNACK BAG MEAL. DR CHEN NEVER HAD A LEGEAL DIAGNOSIS FOR GEODON MEDICATION. DR CHEN PUT PLAINTIFF AT HUGE RISK OF SERIOUS INJURY OR DEATH, AND SIDE EFFECTS BY THIS ACTION. DR CHEN VIOLATED PLAINTIFF'S EIGHTH AMENDMENT BY HIS ACTIONS A PRISON DOCTOR

COMPLAINT-4

is deliberatley indifferent if he knows of an excessive risk to the inmate health and safty and nonetheless either knowingly or recklessly disregards it. Plaintiff started the "Geodon + Snack Ordered" and thought that it was all for the complaint of Plaintiff's stomach issues. No sooner that plaintiff went on this treatment things started to happen that started to cause health problems for plaintiff, that went on till 6-13-24 after much complaining and side effects and research plaintiff found out that the pill Geodon is a aatypical antipychotics used in the treatment of schizophrenia which plaintiff never had, and was medically cleared in 2018 at the Wisconsin Resourse Center Hospital, as not having schizophrenia nor having bipolar. The first side effects was dizzieness and plaintiff told Nurse Practisinor Demitry Chester of this side effect, he instead of stopping the Geodon Nurse Chester prescribed meclizine ever 6 hours. Plaintiff did what was said to tell medical of issues Nurse Chester should have stopped the Geodon for the side effect but Nurse Cheaster did not. Plaintiff wrote to Psychological Services for help from dates 12-21-23 to 3-3-24 8 Psychological request slips of

COMPLAINT-5

mental health issues, and wrote Dr Chen 4 request slips, 1-4-24, 1-11-24, 2-17-24, 1-29-24 of racing thoughts, voices, mood swings, paranoia, depression, nightmares, legs are restless. Plaintiff had breathing problems also countless nebulizer treatments was hospitalized 2 times once in Milwaukee and in Madison Wisconsin, for tachypnea (breathing problems). Other side effects. Fast heart beat, nasal congestion, dermatitis xerossis of skin, restlessness, weight loss, confusion anxiety, loss of balance control chest pain, swollen joints in hands, numbness and pins and needless in hands and feet that has not went away, headaches has not went away, hallucinations only recently went away after getting on the pill Ability. Depression stopped after the start of Mirtazapine the pill, decreased sexul ability has still not went away, TD still has not went away. Plaintiff told Dr Chen of mood swings was put on more medication Lithium. Never once did Dr Chen stop the treatment of Geodon he could see in the progress notes that Plaintiff was having issues and never once thought to stop the medication Geodon Plaintiff was released on 3-8-24 to Madison unit for treatment AODA and was again

HOSPITALIZED FOR THE SECOND TIME FOR SHORTNESS OF BREATH AND SINIC TACHYCARDIA. WAS RETURNED TO MSDF AFTER A MONTH AND RESTARTED ON THE MEDICATIONS AGAIN. PLAINTIFF WENT A FEW DAYS OFF OF HIS MEDICATION AND THE GEODON TOOK A FEW DAYS TO RESTART AND PLAINTIFF FELT BETTER BUT STOMACH STARTED TO HURT SO HE STARTED BACK ON GEODON AND AGAIN THE PROBLEMS STARTED THATS WHEN PLAINTIFF WROTE HSU HEALTH SERVICES AND ASKED FOR ALL THE SIDE EFFECTS FACT SHEETS HE TRIED TO READ THEM BUT HAD A HARD TIME, HE WAS SO MEDICATED HE HAD A HARD TIME IT TOOK PLAINTIFF A LONG TIME TO GET THREW IT SOMETIME IN JUNE 2024 HE WROTE DOCTOR CHEN ABOUT THE GEODON AND WITH NO CLINICAL VISIT OR FACE TO FACE EVAL HE STATED THAT PLAINTIFF DID NOT TAKE ZIPRASIDON, (THEY CHANGED THE NAME FROM (GEODON TO ZIPRASIDON) THEREFORE IT WILL BE DISCONTINUED. HE LIED (DR CHEN) PLAINTIFF'S PROGRESS NOTES "GOOD COMPLIANCE OF MEDICATIONS" DR CHEN EVEN WENT AS FAR AS TO CHANGE PLAINTIFF DIAGNOSSIS IN JUNE 2024 OF HAVING SCHIZO AFFECTIVE DISORDER BIPOLAR TYPE, AGAIN IN 2018 AT WISCONSIN RESOURCE CENTER (HE PLAINTIFF) WAS CLEARED OF HAVING ANY OF THESE DIAGNOSSES (HE TRIED TO HIDE WHAT HE DID (DR CHEN)
PLAINTIFF AFTER STOPPING GEODON WAS FEELING

COMPLAINT-7

better but complained of sever depression and was put on 7-18-2024 nortriptyline this was a face to face visit and started to have issues again. After some research plaintiff found that he put him at risk again it does not mix with duo neb or asthma medication its wild he never had any blood work in all this time or Chen made manny mistakes, and put plaintiff at huge risk of injury or worse death. Plantiff has heart issues and in the warrnings of Geodon it states to not be used with that issue also there is a drug interaction between chlorpromazine and Geodon and again he put plantiff at risk of injury. Was not monatered for side effects.

When plaintiff was gathering his psyc file a BJ Malone also did her best to lie that they only had files from 2025 after plaintiff told them he had the file at home they gave it to him, he is still missing some of his medical file.

The ICE prosses has been exssusted the notes of clam has been filed with the attorny general also filed a complaint with the govenors

COMPAINT-8

OFFICE.

ALSO WANT THE COURT TO KNOW I NEED A ATTORNEY I DON'T HAVE ACCESS TO A TYPE WRITER AND I HAVE PROBLEMS WITH MY HAND TO WRITE IS DIFFICULT, ALOT OF PAIN FROM THE GEODON PILL, NUMBNESS AND ALSO PINS & NEEDLE FEELINGS SO PLEASE TRIE TO FIND A ATTORNEY TO REPRESENT ME I HAVE MENTAL HEALTH ISSUES ALSO ITS HARD TO CONSANTRAIT ALSO THIS IS AS FAR AS I HAVE EVER GOTTEN IN A SUIT I DONT KNOW WHAT COMES NEXT OR WHAT TO DO, I CONTACTED SEVERL ATTERNOYS NO HELP.

THANKYOU.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 750,000 . SEE BELOW

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

✓ MEDICAL MALPRACTICE STATE LAW DAMAGES
NONECONOMIC $750,000. PUNITIVE $750,000.
COMPENSATORY $750,000 MORATORY $750,000.
NOMINAL $750,000.  DISCRETIONARY $750,000.

✓ FEDERAL LAW DAMAGES
COMPENSATORY $5,000,000 PUNITIVE $5,000,000
NONECONOMIC $5,000,000. NOMINAL $1,000,000.
MORATORY $5,000,000.

Complaint – 9

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES     ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24__ day of __August__ 20_25_.

Respectfully Submitted,

_____
Signature of Plaintiff

RAJKO MARKOVIC 262012
Plaintiff's Prisoner ID Number
MSDF                    1015 N 10TH STREET
PO BOX 05740
MILWAUKEE WI  53233
_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.