25-cv-1286

U.S. District Court
Wisconsin Eastern
SEP 4 2025
FILED
Clerk of Court

JPS

I am requesting the certified copy today from the business office here at MSDF. I would like the court to know that I have been having issues getting documentation from MSDF. I have sent in the request today to them. I am asking the court to extend the 21 days to 31 days just in case, they give me more problems. As of now I am having issues in having them copy my ICE's for the case. Its been over a month and they wont respond to my requests asking the courts to compel them to produce them motion to compel if you will.

Rajko Markovic # 262012

8-29-25