**MSDF Legal Loan DOC #**

**262012**

**Legal Purposes Only**

9-10-25

RAJKO MARKOVIC
MSDF 1015-N 10TH ST
PO BOX 05911
MILWAUKEE WI 53205-0911

RE: MARKOVIC V JANG-JUNE ET AL
CASE NO 25-CV-1286

I SENT YOU ON 9-6-25 6 EXHIBITS 2 PAGE
REPORT & A LETTER I WOULD LIKE TO SEE
IF YOU RECIVED IT. THANKYOU.

U.S. District Court
Wisconsin Eastern

SEP 15 2025

FILED
Clerk of Court

RAJKO MARKOVIC