JPS

C.C

MSDF Legal Log..
DOC #
2620012

Legal Purposes Only

10-21-25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
517 E. WISCONSIN STREET RM 362
MILWAUKEE WI 53202

RAJKO MARKOVIC #262012
MSDF
1015 N 10TH ST
PO BOX 05911
MILWAUKEE WI 53205-0911

U.S. District Court
Wisconsin Eastern
OCT 24 2025
FILED
Clerk of Court

RE: CASE # 2:25-CV-01286-JPS

MOTION

I AM CURRENTLY IN A STATES THAT IS DCC AND I DO NOT EARN ANY FUNDS AT ALL I HAVE $0.00 IN MY RELEASE $0.00 IN MY REGULAR ACCOUNT AND I DO NOT HAVE ANYONE ON THE OUTSIDE TO HELP ME PAY THE $7.62 PAR. Filing FEE. ALSO I ASKED THE BUSSNESS OFFICE IF I COULD USE THE LEGAL LONE AND THEY TOLD ME NO. I AM ASKING THE COURT TO WAIVE THE FEE AND PLEASE GO FORWARD WITH THIS CASE IF NOT THEN PLEASE SEND ME ALL PAPERWORK BACK THANKYOU.