DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

# INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

**Instruction to Inmate:** Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME / NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER / NUMERO DEL/LA OFENSOR(A) | LIVING UNIT / UNIDAD DE VIVIENDA |
|---|---|---|
| Rajko Markovic | 267012 | 6-A-03 |
| DATE / FECHA: 10-17-25 | WORK ASSIGNMENT / ASIGNACION DE TRABAJO | |

[ ] Interview *Entrevista*   [X] Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

(1) The court of the Eastern Districts is asking for my accounts to pay the following fee of $7.67. Can I use legal loan to pay for this.

(2) Also send me a new application to ask for more funds, it has to be paid by Nov. 13, 2025.

---

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*

### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

[ ] You Will Be Interviewed / *Usted sera entrevistado*
[ ] Information to Follow / *Informacion Sera Proveida*
[ ] Request Referred To: / *Solicitud Refereida A:*

Date / Fecha: 10/20/25    Time / Hora:

Information/Comment / *Informacion/Comentario:* (1) No ; (2) Enclosed DOC-1290. Thank you — (Note: your current legal loan balance is $9.54. This amount is good to use towards legal loan supplies, copies and postage.)

Signed *Firmado*        Department *Departamento* BD

TO:
A: RAJKO MARKOVIC

NUMBER:
NUMERO: 262012

UNIT:
UNIDAD de VIVIENDA: 6-A-03

DATE:
FECHA: 10-14-25

------------------------------------------------------------
FOLD DOBLE

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido sera la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

------------------------------------------------------------
FOLD DO

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

WISCONSIN

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: BUSSNIESS OFFICE

DEPARTMENT:
DEPARTAMENTO:

DATE:
FECHA: 10-17-25

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*